UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Case 1:19-cv-00038-MW-GRJ

CAPAL BEASLEY,

    Plaintiff,

v.

CENTRAL FLORIDA CONTRACTORS SERVICES, INC.,
a Florida for-profit corporation, and, BOBBY J. POWELL, JR.,
an individual,

    Defendants.
_____/

## NOTICE OF STRIKING/WITHDRAWING DOCKET ENTRY # 13

The Plaintiff, by and through counsel strikes/withdraws docket entry # 13 (Motion to Compel). The Plaintiff will re-file the document.

Respectfully submitted,

/s Peter Bober
PETER J. BOBER
Florida Bar Number 0122955
BOBER & BOBER, P.A.
2699 Stirling Road
Suite A-304
Hollywood, FL 33312
(954) 922-2298 (tel.)
(954) 922-5455 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Peter Bober

**SERVICE LIST**

Paul A. Donnelly, Esq.
Florida Bar No. 813613
paul@donnellygross.com
Jung Yoon, Esq.
Florida Bar No. 0599611
jung@donnellygross.com
Donnelly + Gross
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
Telephone: (352) 374-4001
Facsimile: (352) 374-4046
Counsel for Defendants