UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case 1:19-cv-00038-WINSOR

CAPAL BEASLEY,

       Plaintiff,

v.

CENTRAL FLORIDA CONTRACTORS SERVICES, INC.,
a Florida for-profit corporation; CENTRAL FLORIDA
CONTRACTORS SERVICE, LLC., a Florida limited
liability company; and, BOBBY J. POWELL, JR.,
an individual,

       Defendants.
_____/

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF

The Plaintiff, CAPAL BEASLEY, by and through undersigned counsel, files this Motion for Leave to File Reply Brief, and states as follows:

This case arises under the Fair Labor Standards Act ("FLSA"). On July 2, 2019, the Plaintiff filed a Motion to Compel Discovery from Defendant, Central Florida Contractors Service, Inc. ("CFCS") (DE 20). CFCS filed its Response in Opposition on July 15, 2019 (DE 22). In that Response in Opposition, CFCS argues, *inter alia,* that Plaintiff failed to confer pursuant to Local Rule 3.01(g) M.D.Fla., prior to filing the subject Motion to Compel.

Pursuant to Rule 3.01(c) M.D.Fla., the Plaintiff seeks leave of Court to file a Reply. The limited purpose of the Reply is to explain Plaintiff's efforts to confer *via* email and telephone prior to filing the subject Motion to Compel. The Defendants oppose Plaintiff filing such a Reply.

WHEREFORE, the Plaintiff requests the Court permit the Plaintiff to file a Reply in

1

support of the Motion to Compel (DE 20) for the limited purpose of addressing the issue of compliance with Rule 3.01(g), and grant all other relief deemed appropriate.

                        Respectfully submitted,

                        BOBER & BOBER, P.A.
                        Attorneys for Plaintiff
                        2699 Stirling Road, Suite A-304
                        Hollywood, FL 33312
                        Telephone: (954) 922-2298
                        Facsimile: (954) 922-5455
                        peter@boberlaw.com

                        s/. Peter Bober_____
                        PETER J. BOBER
                        FBN:  0122955

## CERTIFICATE OF ATTORNEY CONFERRAL

Pursuant to Local Rule 7.1(B) N.D.Fla., the undersigned counsel confirms that he contacted defense counsel about filing a Reply to address the issue of whether a conferral occurred prior to filing the subject Motion to Compel.  The Defendants oppose the relief sought herein.

                        s/. Peter Bober_____
                        FBN:  0122955

## SERVICE LIST

Paul A. Donnelly, Esq.
Florida Bar No. 813613
paul@donnellygross.com
Jung Yoon, Esq.
Florida Bar No. 0599611
jung@donnellygross.com
Donnelly + Gross
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606

Telephone: (352) 374-4001
Facsimile: (352) 374-4046
Counsel for Defendants