IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

CAPAL BEASLEY,

    Plaintiff,

v.                                                            CASE NO.: 1:19-cv-00038-AW-GRJ

CENTRAL FLORIDA CONTRACTORS
SERVICES, INC., a Florida for-profit
corporation; BOBBY J. POWELL, JR.,
an individual,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL AND ABEYANCE OF PRE-TRIAL DEADLINES AND REQUIREMENTS

The Plaintiff, by and through undersigned counsel, makes this Response to Defendants' Motion for Continuance of Trial and Abeyance of Pre-Trial Deadlines and Requirements [ECF 89], and states as follows:

Defendants' well-written Motion sums up of the gravity of the COVID-19 situation, and adequately justifies why the trial should be continued, and the pretrial deadlines, extended. The Plaintiff is agreeable to a three-month (3) continuance of trial and any upcoming pretrial deadlines (at the very *least*).

Unfortunately, the Defendants' Motion tacitly implies that Plaintiff's counsel simply wants to keep litigating as if the coronavirus menace is not happening. A better way of putting it, however, is that Plaintiff was/is opposed to effectively, staying the entire case—Defendants' Motion uses the word "abeyance." Because the Defendants have already filed a pretrial evidentiary motion of their own (Motion to Exclude Trial Witnesses [ECF 84]), the Plaintiff had simply advised the

Defendants that he, too, wished to file his own evidentiary motions.[1]

In conclusion, the Plaintiff recognizes the obvious fact that scheduling deadlines in this case will need to change. The Plaintiff, however, opposes a complete *stay* of the case (Defendants use the term, "abeyance") for an *indefinite* period of time. The Plaintiff thinks the better course is to continue the deadlines/trial as set forth, *supra*, and see what happens with the spread of the contagion. Then, the Court can reassess in the future, and reset deadlines *again* if the circumstances warrant—a wait and see approach.

WHEREFORE, the Plaintiff is agreeable to the Defendants' Motion to the extent it seeks a continuance of the trial and the deadlines for three months. Although the Motion should be granted on that basis, Plaintiff opposes a complete "abeyance" and/or stay of the case, especially where numerous motions, including dispositive motions, are pending.

        Respectfully submitted,

        BOBER & BOBER, P.A.
        Attorney for Plaintiff
        2699 Stirling Road, Suite A-304
        Hollywood, FL 33312
        (954) 922-2298 (phone)
        (954) 922-5455 (fax)
        peter@boberlaw.com

        s/.Peter Bober
        FBN:  0122955

---

[1] Recognizing that the coronavirus is creating havoc across the world, the undersigned advised opposing counsel in writing that he would to be entirely flexible with defense counsel insofar as requests for extensions of time to tend to family/parental matters/other matters.

2