IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CAPAL BEASLEY,

     **Plaintiff,**

v.                               **Case No. 1:19-cv-38-AW-GRJ**

CENTRAL FLORIDA CONTRACTORS
SERVICES, INC., a Florida for-profit
corporation, and BOBBY J. POWELL,
JR., an individual,

     **Defendants.**

_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

The parties have filed a joint motion to approve their FLSA settlement. ECF

No. 98. Before the court can approve any FLSA settlement, it must scrutinize the

settlement and determine that it is a "fair and reasonable resolution of a bona fide

dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d

1350, 1355 (11th Cir. 1982); *see also Nall v. Mal-Motels, Inc.*, 723 F.3d 1304, 1306

(11th Cir. 2013). If the settlement reflects a reasonable compromise over FLSA

issues that are actually in dispute, the court may approve the settlement "to promote

the policy of encouraging settlement in litigation." *Lynn's Food Stores*, 679 F.2d at

1354. Having reviewed the record, having concluded that there is a bona fide dispute,

and noting that both sides are represented by counsel, the court approves the

settlement agreement.

It is now ORDERED:

1.      The parties' joint motion (ECF No. 98) is granted, and the settlement is approved.

2.      The clerk will enter a judgment that says, "All of the Plaintiff's claims, including claims for fees and costs, are dismissed with prejudice."

3.      The court will retain jurisdiction for 90 days to enforce the settlement agreement.

4.      The clerk will close the file.

SO ORDERED on May 27, 2020.

s/ *Allen Winsor*
United States District Judge