# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CAPAL BEASLEY,

    VS                                            CASE NO.  1:19-cv-38-AW-GRJ

CENTRAL FLORIDA CONTRACTORS
SERVICES, INC., a Florida for-profit
corporation, and BOBBY J. POWELL,
JR., an individual,

## JUDGMENT

    All of the Plaintiff's claims, including claims for fees and costs, are dismissed with prejudice.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

                                      *s/ TiAnn Stark*

May 27, 2020
DATE                                      Deputy Clerk: TiAnn Stark